**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

FEB 27 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>JOSE LUIS GONZALEZ-RIVERA,<br><br>                    Defendant. | CASE NO. 11CR3379-AJB<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

___    an indictment has been filed in another case against the defendant and
        the Court has granted the motion of the Government for dismissal of
        this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal,
        without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of
        acquittal; or

___    a jury has been waived, and the Court has found the defendant not
        guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Indictment/Information:

        8:1326(a) and (b) - Deported Alien Found in the United States

_____

_____

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 02/23/12

_____
                    Anthony J. Battaglia
                    U.S. Magistrate Judge